# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS PREMIER SOCCER, LLC, d/b/a "Global Premier Soccer," | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-10430-JCB |
| SAN DIEGUITO SURF SOCCER CLUB, INC., d/b/a "New England Surf Soccer Club," "South Carolina Soccer Club," and "San Diego Surf Soccer Club," LUKE KRAWCZYK, and ANDREW PROSSER, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## MOTION TO SUBSTITUTE CORPORATE DEFENDANT WITHOUT PREJUDICE

For the reasons set forth in the accompanying memorandum, Plaintiff Massachusetts Premier Soccer LLC, d/b/a "Global Premier Soccer" ("GPD") respectfully moves this Court to substitute Surf Cup Sports, LLC for San Dieguito Surf Soccer Club, Inc.

                                                            Respectfully submitted,

                                                            /s/Phillip Rakhunov
                                                            Barry S. Pollack (BBO#642064)
                                                            Phillip Rakhunov (BBO#663746)
                                                            POLLACK SOLOMON DUFFY LLP
                                                            101 Huntington Avenue, Suite 530
                                                            Boston, MA  02119
                                                            617-439-9800 (Tel)
                                                            617-960-0490 (Fax)
                                                            bpollack@psdfirm.com
Dated:  March 10, 2020                      prakhunov@psdfirm.com

**Certificate of Service**

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on March 10, 2020.

                                                    /s/ Phillip Rakhunov