# EXHIBIT E

# New England Surf is Coming!   Inbox ×

**Andy Prosser** <aprosser@surfsoccer.com>                                    Thu, Feb 20, 2:26 PM (6 days ago)
to me

Dear 

I am delighted to announce that Surf Nation Click Here is coming to New England! Soon to be launched in early March, New England Surf will offer a number of Spring programs, ID events and Competitive Camps in the lead up to Tryouts.

This coming April Vacation will be offering our first Competitive Player Program, designed for Club Players and those with a passion for Soccer looking for a competitive camp during the School break. Please see flyer attached and link below to register:

**Registration:** Click Here

**About Surf:** For over 43 years, Surf has been one of the founding organizations in youth soccer. 11 National Championships, and countless Professional, Collegiate and Youth National Team Players we are forever striving to be the "Best of the Best" Through our Clubs, Surf Nation and Events.

We are excited to lay foundations in New England, provide our resources and work with Staff who fall in-line with our mission statement. Our Competitive Player Program is the first of many events this spring as we lay out our Player Development Pathway from Grassroots through to our Surf Select program which brings together the "Best of the Best from across Surf Nation.

We look forward to hosting you at our upcoming programs! In the meantime if you have any further questions please feel free to contact me via email aprosser@surfsoccer.com

Many Thanks

Andy Prosser
Surf Soccer
617 REDACTED



# COMPETITIVE PLAYER PROGRAM

The New England Surf Competitive Player Program (CPP), is designed for Club Players looking for an advanced and challenging experience during April Vacation.
The program is designed to focus on the 4 pillars of the game (Technical, Tactical, Physical and Psychological) providing a competitive learning environment.
Players must be committed to maximizing their development and have key passion for the game to ensure we optimize our time during the program.

## DATES: APRIL 21-24, 2020
## @UNION POINT SPORTS COMPLEX
## TIME: 9.00AM - 1.00PM
## COST: $245
## 2 NIKE T-SHIRTS PROVIDED ON DAY OF CAMP

### SIGN UP ONLINE @ NEWENGLANDSURF.COM

Players should be dressed appropriately to play, bring a small snack and plenty of fluids.
If you have any questions please contact info@newenglandsurf.com